**Darnell Otis McGARY, Plaintiff–Appellant,**

**v.**

**Stephen STERN; et al., Defendants–Appellees.**

No. 05–36168.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 8, 2006.

Darnell Otis McGary, Steilacoom, WA, pro se.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Washington state civil detainee Darnell Otis McGary appeals pro se from the district court's order dismissing pursuant to 28 U.S.C. § 1915(e)(2)(B) his civil rights action alleging his defense counsel, prosecutors and supervisors from his criminal trial and civil commitment hearings conspired to violated his civil rights. We review de novo, *Huftile v. Miccio–Fonseca,* 410 F.3d 1136, 1138 (9th Cir.2005), and we affirm.

The district court properly dismissed McGary's action as barred by *Heck* because his claims necessarily call into question the lawfulness of his criminal conviction and he has failed to show that his

conviction has been reversed. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Huftile,* 410 F.3d at 1140 (applying the *Heck* bar to persons detained as sexually violent predators).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

